UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Joel Lenamon<br><br>　　　　　　　　　　Debtor(s)<br><br>Morris Family Trust Partnership<br>　　　　　　　　　　Plaintiff(s)<br>　vs.<br>Joel Lenamon<br>　　　　　　　　　　Defendant(s)<br><br>Joel Lenamon<br>　　　　　　　　　　Appellant(s)<br>　vs.<br>Morris Family Trust Partnership<br>　　　　　　　　　　Appellee(s) | § § § § § § § § § § § § § § § § § § | Case No.:   13−44270−rfn7<br>Chapter No.:   7<br><br>Adversary No.:   13−04140−rfn<br><br>Civil Case No.: |

# NOTICE OF TRANSMITTAL

I am transmitting:

- ☐ The Motion for leave to Appeal 28 U.S.C. § (USDC Civil Action No. DNC Case).
- ☐ The Motion for Stay Pending Appeal (USDC Action No. − DNC Case).
- ☐ The Proposed Findings of Fact and Conclusions of Law.
- ☐ The Motion to Extend Time To File Designation (USDC Civil Action No DNC Case).
- ☐ On , the Record on Appeal was transmitted. The designation of record or item(s) designated by were not filed when the record was transmitted. The item(s) were filed on awaiting instructions from the assigned district judge.
- ☐ Other
- ☒ Copies of: Notice of Appeal

**TO ALL ATTORNEYS**: File all subsequent papers captioned and numbered with the appropriate division of the United States District Clerk's Office. Any questions concerning this proceeding should be directed to the U.S. District Clerk's Office at (817) 850−6600.

DATED:  12/1/17                         FOR THE COURT:
                                        Jed G. Weintraub, Clerk of Court

                                        by: /s/Tandi L Levario, Deputy Clerk

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# APPEAL SERVICE LIST

## Transmission of the Record

BK Case No.:  13−44270−rfn7

Adversary No.:  13−04140−rfn

Received in District Court by: _____

Date: _____

Volume Number(s): _____

cc: Russell F. Nelms
    Yelena Archiyan
    Tandi Levario
    Attorney(s) for Appellant
    US Trustee


**Appellant**   Joel Lenamon

4915 Shadowood Trail
Colleyville, TX 76034
Pro Se


**Appellee**   Morris Family Trust Partnership

Franklin W. Cram
305 Regency Pkwy., Ste. 705
Suite 705
Mansfield, TX 76063
817−453−0541
Fax : 817−453−8964
Email: cramatty@aol.com

BTXN 150 (rev. 11/10)

| | | |
|---|---|---|
| In Re:<br>Joel Lenamon | § § § | Case No.: 13−44270−rfn7 |
| Morris Family Trust Partnership | Debtor(s) § § | Chapter No.: 7 |
| vs.<br>Joel Lenamon | Plaintiff(s) § § § § | Adversary No.: 13−04140−rfn |
| | Defendant(s) § | |

# CIVIL CASE COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I.** (a) **APPELLANT**
Joel Lenamon

**APPELLEE**
Morris Family Trust Partnership

(b) County of Residence of First Listed Party:
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Party:
(IN U.S. PLAINTIFF CASES ONLY)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Pro Se

Attorney's (If Known)
Franklin W. Cram
305 Regency Pkwy., Ste. 705
Suite 705
Mansfield, TX 76063
817−453−0541
Fax : 817−453−8964
Email: cramatty@aol.com

**II. BASIS OF JURISDICTION**

○ 1  U.S. Government Plaintiff
○ 2  U.S. Government Defendant
● 3  Federal Question (U.S. Government Not a Party)
○ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**

| | | | | | |
|---|---|---|---|---|---|
| Citizen of This State | ○ 1 | ○ 1 | Incorporated *or* Principal Place of Business In This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated *and* Principal Place of Business In Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

**IV. NATURE OF SUIT**

○ 422 Appeal 28 USC 158   ○ 423 Withdrawal 28 USC 157   ○ 890 Other Statutory Actions

**V. ORIGIN**

● 1 Original Proceeding
○ 2 Removed from State Court
○ 3 Remanded from Appellate Court
○ 4 Reinstated or Reopened
○ 5 Transferred from another district
○ 6 Multidistrict Litigation
○ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity):**
28 USC 158

Brief description of cause:
Notice of Appeal

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23     DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**
Judge:                                                                                          Docket Number:

DATED: 12/1/17

FOR THE COURT:
Jed G. Weintraub, Clerk of Court
by: /s/Tandi L Levario, Deputy Clerk