Joel Lenamon
5714 Ridgerock Road
Fort Worth, TX 76132
972.467.2229

**FILED**

NOV 3 0 2017,

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# UNITED STATES BANKRUPTCY COURT
## NORHTERN DISTRICT OF TEXAS
### DALLAS DIVISION

IN RE:                                    CASE NO. 13-44270

    JOEL LENAMON
    Debtor

DEBTOR

———————————

MORRIS FAMILY TRUST PARTNERSHIP    ADV. NO. 13-04140
    Plaintiff

v

JOEL LENAMON
    Defendant

———————————

## NOTICE OF APPEAL

The Appellant:

    1.  Name of Appellant: Joel Lenamon

    2.  Position of Appellant in the adversary: Defendant

The Subject of the Appeal:

    1.  The judgment appealed from: *Judgment* (Docket No. 114)

    2.  Date of entry of judgment appealed from: November 17, 2017

1

The parties to the appeal:

1. Joel Lenamon, Appellant

   *Pro Se*

2. Morris Family Trust Partnership

   Represented by:

   Franklin W. Cram
   305 Regency Parkway, Suite 705
   Mansfield TX 76063

   817.453.0541
   817.453.8964 (fax)
   cramatty@aol.com

Respectfully submitted by,

_____
Joel Lenamon

**5714 Ridgerock Road**
**Fort Worth, TX 76132**

Phone: 972.467.2229
Email: joellenamon@sbcglobal.net

## Certificate of Service

The undersigned hereby certifies that on the day the above and foregoing was file with the Clerk of Court, all those requesting service were served via ECF including:

Franklin W. Cram
305 Regency Parkway, Suite 705
Mansfield TX 76063

_____
Joel Lenamon

2



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed November 17, 2017

**United States Bankruptcy Judge**

---

## IN THE UNITED STATED BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOEL LENAMON | § | CASE NO. 13-44270-rfn7 |
| Debtor | § | Chapter No.: 7 |
| | § | |

| | | |
|---|---|---|
| MORRIS FAMILY TRUST PARTNERSHIP, | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | ADVERSARY NO. 13-04140-rfn |
| | § | |
| JOEL LENAMON, | § | |
| Defendant | § | |

## JUDGMENT

ON the 9th day of April, 2015 came on to be considered the above-entitled and numbered

cause of action. Both parties appeared in person and by attorney of record. The Court finds that it

has jurisdiction over this matter pursuant to 28 U. S. C. §§ 1334 and 157 and 11 U. S. C. §§523 and

JUDGMENT                                                                                   PAGE 1

105 and that this matter is a core proceeding within the meaning of 28 U. S. C. §157(b)(2)(1). The Court having considered the Complaint, the evidence presented at trial and argument of counsel is of the opinion Judgment should be granted in favor of the Plaintiff. Said Judgment is based upon the findings of fact and conclusions of law recited on the record by the Court on May 19, 2015 to be filed of record by this Court. Subsequently Defendant appealed the Judgment signed by this Court to the United States District Court for the Northern District Texas Fort Worth Division. The District Court then remanded the case back to this Court for findings concerning the theory of law upon which the Court based its award of damages. This Court having considered same finds that the correct measure of damages is the out of pocket measure of damages as the investment had no value at the time the funds were delivered.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED Plaintiff Morris Family Trust Partnership have and recover, of and from Defendant Joel Lenamon, damages in the amount of $333,807.31, based upon the out of pocket measure of damages.

IT IS FURTHER ORDERED The Plaintiff's claims and Judgment against the Defendant/Debtor under the obligations are excepted from discharge pursuant to 11 U. S. C. §523(a)(6).

IT IS FURTHER ORDERED, that the forgoing Judgment accrue post judgment interest at the rate of 2.3% per annum from the date of this Judgment until collected in full. All costs incurred by each party in bringing this action shall be paid by the party incurring same.

All other relief requests but not granted herein is hereby denied. This Judgment disposes of all claims and all parties, and it is final and appealable.

###END OF ORDER###

**JUDGMENT**

Case 4:17-cv-00958-O   Document 1-1   Filed 12/01/17   Page 5 of 21   PageID 10

**EXHIBITS, REOPENED, APPEAL**

# U.S. Bankruptcy Court
## Northern District of Texas (Ft. Worth)
## Adversary Proceeding #: 13-04140-rfn
### Internal Use Only

*Assigned to:* Russell F. Nelms                  *Date Filed:* 12/23/13
*Lead BK Case:* 13-44270               *Date Reinstated/Reopened:* 03/28/17
*Lead BK Title:* Joel Lenamon
*Lead BK Chapter:* 7
*Demand:* $500000

*Nature[s] of Suit:*   62 Discharageability - 523(a)(2), false pretenses, false representation, actual fraud
                       67 Discharageability - 523(a)(4), fraud as fiduciary, embezzlement, larceny
                       68 Discharageability - 523(a)(6), willful and malicious injury

*Plaintiff*
-----------------------
**Morris Family Trust Partnership**       represented by **Franklin W. Cram**
                                         305 Regency Pkwy., Ste. 705
                                         Suite 705
                                         Mansfield, TX 76063
                                         817-453-0541
                                         Fax : 817-453-8964
                                         Email: cramatty@aol.com
                                         *LEAD ATTORNEY*

V.

*Defendant*
-----------------------
**Joel Lenamon**                              represented by **Charles R. Chesnutt, Sr.**
4915 Shadowood Trail                                 Charles R. Chesnutt, P.C.
Colleyville, TX 76034                              12222 Merit Drive, Suite 1200
SSN / ITIN: 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                          Dallas, TX 75251
                                         972-248-7000
                                         Fax : 972-559-1872
                                         Email: cc@chapter7-11.com

                                         **Richard Sean McDonald**
                                         Fishman Jackson PLLC
                                         Three Galleria Tower
                                         13155 Noel Road, Suite 700 - LB #13

Dallas, TX 75240
(972) 419-5500
Fax : (972) 419-5501
Email: rsmcdonald@fishmanjackson.com
*LEAD ATTORNEY*

**Bruce Edward Turner**
1603 LBJ Freeway
Suite 280
Dallas, TX 75234
972-862-2332
Fax : 214-373-2570
Email: bturner@bennettweston.com
*TERMINATED: 07/25/2014*

| Filing Date | Docket Text |
|---|---|
| 12/23/2013 | 🔵 1  (7 pgs) Adversary case 13-04140. Complaint by Morris Family Limited Partnership against Joel Lenamon. Fee Amount $293. Nature(s) of suit: 62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud). 67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny). 68 (Dischargeability - 523(a)(6), willful and malicious injury). (Cram, Franklin) |
| 12/23/2013 | Receipt of filing fee for Complaint(13-04140-rfn) [cmp,cmp] ( 293.00). Receipt number 18365047, amount $ 293.00 (re: Doc# 1). (U.S. Treasury) |
| 12/26/2013 | (private) Case checked for completeness (Kucera, J.) |
| 12/26/2013 | 🔵 2  (2 pgs) Summons issued on Joel Lenamon Answer Due 1/27/2014 (McCrory, J.) |
| 12/26/2013 | 🔵 3  (2 pgs) Scheduling order setting deadlines. Discovery and all exhibits except impeachment documents: 45 days prior to Docket Call, pre-trial order: 7 calendar days prior to Docket Call, proposed findings of fact and conclusions of law: 7 days prior to first scheduled docket call. Entered on 12/26/2013 (RE: related document(s)1 Complaint filed by Plaintiff Morris Family Trust Partnership). Trial Docket Call date set for 6/2/2014 at 01:30 PM at Ft. Worth, Judge Nelms Ctrm.. (McCrory, J.) |
| 01/24/2014 | 🔵 4  (2 pgs) Summons reissued on Joel Lenamon Answer Due 2/24/2014 (McCrory, J.) |
| 02/26/2014 | 🔵 5  (2 pgs) Summons reissued on Joel Lenamon Answer Due 3/28/2014 (McCrory, J.) |
| 03/27/2014 | 🔵 6  (3 pgs) Answer to complaint filed by Joel Lenamon . (Whitaker, Sherri) |
| 03/28/2014 | 🔵 7  (3 pgs) Defendant Joel Lenamon's Motion to dismiss adversary proceeding filed by Defendant Joel Lenamon (Spelmon, T) |

| | |
|---|---|
| 03/28/2014 | 🌑 8 (4 pgs) Brief in support filed by Defendant Joel Lenamon (RE: related document(s)7 Motion to dismiss adversary proceeding). (Spelmon, T) |
| 03/28/2014 | (private) Verified attorney Bruce Turner with thta Joel Lenamon is Pro Se party. Mr. Turner's information was not removed from the top of the pleading that is signed by defendant as ProSe (Ward, J) |
| 04/04/2014 | 🌑 9 (2 pgs) Notice of hearing filed by Defendant Joel Lenamon (RE: related document(s)7 Motion to dismiss adversary proceeding filed by Defendant Joel Lenamon). Hearing to be held on 4/30/2014 at 01:30 PM Ft. Worth, Judge Nelms Ctrm. for 7, (Chambers, Deanna) |
| 04/25/2014 | 🌑 10 (6 pgs) Amended complaint by Franklin W. Cram on behalf of Morris Family Trust Partnership against Joel Lenamon No change to nature of suit. (RE: related document(s)1 Adversary case 13-04140. Complaint by Morris Family Limited Partnership against Joel Lenamon. Fee Amount $293. Nature(s) of suit: 62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud). 67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny). 68 (Dischargeability - 523(a)(6), willful and malicious injury). filed by Plaintiff Morris Family Trust Partnership). (Cram, Franklin) |
| 04/30/2014 | 🌑 Hearing held on 4/30/2014. (RE: related document(s)7 Defendant Joel Lenamon's Motion to dismiss adversary proceeding filed by Defendant Joel Lenamon) PLAINTIFF HAS UNTIL 5/9 TO AMEND COMPLAINT OR CASE DISMISSED (Shelby, Amanda) (Entered: 05/02/2014) |
| 05/09/2014 | 🌑 11 (6 pgs) Amended complaint by Franklin W. Cram on behalf of Morris Family Trust Partnership against Joel Lenamon No change to nature of suit. (RE: related document(s)1 Adversary case 13-04140. Complaint by Morris Family Limited Partnership against Joel Lenamon. Fee Amount $293. Nature(s) of suit: 62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud). 67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny). 68 (Dischargeability - 523(a)(6), willful and malicious injury). filed by Plaintiff Morris Family Trust Partnership). (Cram, Franklin) |
| 05/19/2014 | 🌑 12 (2 pgs) Witness and Exhibit List filed by Plaintiff Morris Family Trust Partnership (RE: related document(s)11 Amended complaint). (Cram, Franklin) |
| 05/22/2014 | 🌑 13 (2 pgs) Notice of Appearance and Request for Notice by Bruce Edward Turner filed by Defendant Joel Lenamon. (Turner, Bruce) |
| 05/22/2014 | 🌑 14 (9 pgs; 3 docs) Motion to continue hearing on (related documents 11 Amended complaint) filed by Defendant Joel Lenamon (Attachments: # 1 Exhibit Memorandum in Support of Motion for Continuance # 2 Proposed Order Order Granting Unopposed Motion for Continuance) (Turner, Bruce) |
| 05/23/2014 | 🌑 15 (1 pg) INCORRECT ENTRY. WRONG PDF ATTACHED. Proposed Motion to continue hearing on (related documents 14 Motion to continue)*Proposed Order* filed by |

| | Defendant Joel Lenamon (Turner, Bruce) Modified on 5/27/2014 (Hyden, Kara). |
|---|---|
| 05/30/2014 | 🔵 16 (2 pgs) Order granting Unopposed Motion to continue hearing on (related document # 14) (related documents Amended complaint) Entered on 5/30/2014. Trial Docket Call date set for 7/7/2014 at 01:30 PM at Ft. Worth, Judge Nelms Ctrm. (Maldino, Mark) |
| 06/01/2014 | 🔵 17 (3 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)16 Order granting Unopposed Motion to continue hearing on (related document 14) (related documents Amended complaint) Entered on 5/30/2014. Trial Docket Call date set for 7/7/2014 at 01:30 PM at Ft. Worth, Judge Nelms Ctrm.) No. of Notices: 0. Notice Date 06/01/2014. (Admin.) |
| 06/02/2014 | 🔵 18 (3 pgs) Amended Answer to complaint *2nd Amd Complaint filed by Morris Family Trust Patnership* filed by Joel Lenamon. (Turner, Bruce) |
| 06/02/2014 | 🔵 19 (3 pgs) Motion to extend time to Filing Dispositive Motions filed by Defendant Joel Lenamon (Turner, Bruce) |
| 06/02/2014 | 🔵 20 (3 pgs) Motion for summary judgment filed by Defendant Joel Lenamon (Turner, Bruce) |
| 06/02/2014 | 🔵 21 (19 pgs) Brief in support filed by Defendant Joel Lenamon (RE: related document(s)20 Motion for summary judgment). (Turner, Bruce) |
| 06/02/2014 | 🔵 22 (40 pgs; 4 docs) INCORRECT ENTRY: Incorrect event used. Brief in support filed by Defendant Joel Lenamon (RE: related document(s)21 Brief). (Attachments: # 1 Appendix Part 2 # 2 Appendix Part 3 # 3 Appendix Part 4) (Turner, Bruce) Modified text on 6/4/2014 (Kerr, S.). |
| 06/02/2014 | 🔵 23 (20 pgs; 2 docs) INCORRECT ENTRY: Incorrect event used. Brief in support filed by Defendant Joel Lenamon (RE: related document(s)21 Brief, 22 Brief). (Attachments: # 1 Appendix Part 6) (Turner, Bruce) Modified text on 6/4/2014 (Kerr, S.). |
| 06/02/2014 | 🔵 24 (10 pgs) INCORRECT ENTRY: Incorrect event used. Brief in support filed by Defendant Joel Lenamon (RE: related document(s)21 Brief, 22 Brief, 23 Brief). (Turner, Bruce) Modified text on 6/4/2014 (Kerr, S.). |
| 06/02/2014 | 🔵 25 (8 pgs) INCORRECT ENTRY: Incorrect event used. Brief in support filed by Defendant Joel Lenamon (RE: related document(s)21 Brief, 22 Brief, 23 Brief, 24 Brief). (Turner, Bruce) Modified text on 6/4/2014 (Kerr, S.). |
| 06/02/2014 | 🔵 26 (2 pgs) Notice of hearing filed by Defendant Joel Lenamon (RE: related document(s)19 Motion to extend/shorten time filed by Defendant Joel Lenamon, 20 Motion for summary judgment filed by Defendant Joel Lenamon). Hearing to be held on 6/26/2014 at 09:30 AM Ft. Worth, Judge Nelms Ctrm. 20 and for 19, (Turner, Bruce). |

| | |
|---|---|
| 06/02/2014 | 🔵 27 (78 pgs; 4 docs) Support/supplemental document*Appendix to Brief in Support of Motion for Summary Judgment* filed by Defendant Joel Lenamon (RE: related document(s)21 Brief. (Attachments: # 1 Appendix Part 2 # 2 Appendix Part 3 # 3 Appendix Part 4) (Turner, Bruce) Modified file date on 6/4/2014 (Kerr, S.). (Entered: 06/04/2014) |
| 06/19/2014 | 🔵 28 (2 pgs) INCORRECT ENTRY: Incorrect pdf attached. Notice of hearing filed by Defendant Joel Lenamon (RE: related document(s)19 Motion to extend time to Filing Dispositive Motions filed by Defendant Joel Lenamon, 20 Motion for summary judgment filed by Defendant Joel Lenamon). Hearing to be held on 7/1/2014 at 01:30 PM Ft. Worth, Judge Nelms Ctrm. for 20 and for 19, (Turner, Bruce) Modified text on 6/20/2014 (Kerr, S.). |
| 06/20/2014 | 🔵 29 (2 pgs) Notice of hearing filed by Defendant Joel Lenamon (RE: related document(s) 19 Motion to extend time to Filing Dispositive Motions filed by Defendant Joel Lenamon, 20 Motion for summary judgment filed by Defendant Joel Lenamon). Hearing to be held on 7/1/2014 at 01:30 PM Ft. Worth, Judge Nelms Ctrm. for 19 and 20, (Turner, Bruce). MODIFIED to Add Linkage on 6/23/2014 (Dugan, S.). |
| 06/23/2014 | 🔵 30 (3 pgs) Witness and Exhibit List filed by Defendant Joel Lenamon (RE: related document(s)1 Complaint). (Turner, Bruce) |
| 06/23/2014 | 🔵 31 (2 pgs) Response opposed to (related document(s): 20 Motion for summary judgment filed by Defendant Joel Lenamon) filed by Plaintiff Morris Family Trust Partnership. (Cram, Franklin) |
| 06/23/2014 | 🔵 32 (9 pgs) Brief in opposition filed by Plaintiff Morris Family Trust Partnership (RE: related document(s)20 Motion for summary judgment). (Cram, Franklin) |
| 06/23/2014 | 🔵 33 (581 pgs; 9 docs) Support/supplemental document*APPENDIX TO BRIEF IN RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT* filed by Plaintiff Morris Family Trust Partnership (RE: related document(s)31 Response). (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit) (Cram, Franklin) |
| 06/23/2014 | 🔵 34 (2 pgs) Response opposed to (related document(s): 19 Motion to extend time to Filing Dispositive Motions filed by Defendant Joel Lenamon) filed by Plaintiff Morris Family Trust Partnership. (Cram, Franklin) |
| 06/30/2014 | 🔵 35 (5 pgs) Proposed pre-trial order filed by Defendant Joel Lenamon. (Turner, Bruce) |
| 06/30/2014 | 🔵 36 (3 pgs) Proposed findings of fact and conclusions of law filed by Plaintiff Morris Family Trust Partnership (RE: related document(s)3 Standing scheduling order in an adversary proceeding). (Cram, Franklin) |

| | |
|---|---|
| 06/30/2014 | 🔵 37 (3 pgs) Proposed findings of fact and conclusions of law filed by Defendant Joel Lenamon (RE: related document(s)3 Standing scheduling order in an adversary proceeding). (Turner, Bruce) |
| 07/01/2014 | 🔵 Hearing held on 7/1/2014. (RE: related document(s)19 Motion to extend time to Filing Dispositive Motions filed by Defendant Joel Lenamon) GRANTED (Shelby, Amanda) (Entered: 07/07/2014) |
| 07/01/2014 | 🔵 Hearing held on 7/1/2014. (RE: related document(s)20 Motion for summary judgment filed by Defendant Joel Lenamon) GRANTED AS TO 523(A)(4); DENIED AS TO 523(A)(2),(6) TRIAL SET FOR 8/21/2014 AT 9:30 AM (Shelby, Amanda) (Entered: 07/07/2014) |
| 07/01/2014 | 🔵 38 Hearing set (RE: related document(s)1 Adversary case 13-04140. Complaint by Morris Family Limited Partnership against Joel Lenamon. Fee Amount $293. Nature(s) of suit: 62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud). 67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny). 68 (Dischargeability - 523(a)(6), willful and malicious injury).) Trial date set for 8/21/2014 at 09:30 AM at Ft. Worth, Judge Nelms Ctrm.. (Shelby, Amanda) (Entered: 07/07/2014) |
| 07/22/2014 | 🔵 39 (8 pgs) Motion to continue hearing on (related documents 1 Complaint) Filed by Defendant Joel Lenamon (Turner, Bruce) |
| 07/22/2014 | 🔵 40 (7 pgs) Motion to substitute attorney Bruce E. Turner with R. Sean McDonald filed by Defendant Joel Lenamon (Turner, Bruce) |
| 07/25/2014 | 🔵 41 (2 pgs) Order granting motion to substitute attorney adding Richard Sean McDonald, as Atty. for Def., Joel Lenamon & terminating Bruce Edward Turner, as atty. for Def, Lenamon, (related document # 40). Entered on 7/25/2014. (Maldino, Mark) |
| 07/27/2014 | 🔵 42 (3 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)41 Order granting motion to substitute attorney adding Richard Sean McDonald, as Atty. for Def., Joel Lenamon & terminating Bruce Edward Turner, as atty. for Def, Lenamon, (related document 40). Entered on 7/25/2014.) No. of Notices: 0. Notice Date 07/27/2014. (Admin.) |
| 07/29/2014 | 🔵 43 (2 pgs) Order granting Unopposed Motion to continue hearing on (related document # 39) (related documents Amended complaint). Entered on 7/29/2014. Trial date set for 10/23/2014 at 09:30 AM at Ft. Worth, Judge Nelms Ctrm. (Maldino, Mark) |
| 07/31/2014 | 🔵 44 (3 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)43 Order granting Unopposed Motion to continue hearing on (related document 39) (related documents Amended complaint). Entered on 7/29/2014. Trial date set for 10/23/2014 at 09:30 AM at Ft. Worth, Judge Nelms Ctrm.) No. of Notices: 0. Notice Date 07/31/2014. (Admin.) |

| | |
|---|---|
| 08/05/2014 | ● 45  (1 pg) Request for transcript regarding a hearing held on 7/1/2014. The requested turn-around time is 14-day expedited (Rueter, Karyn) |
| 08/21/2014 | ● 46  (27 pgs) Transcript regarding Hearing Held 7/1/14 RE: 19 Motion to extend time to Filing Dispositive Motions filed by Defendant Joel Lenamon, 20, motion for summary judgment filed by defendant, Joel Lenamon. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 11/19/2014. Until that time the transcript may be viewed at the Clerk's Office or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber Cindy Sumner, Telephone number 214 651-8393. (RE: related document(s) Hearing held on 7/1/2014. (RE: related document(s)19 Motion to extend time to Filing Dispositive Motions filed by Defendant Joel Lenamon) GRANTED, Hearing held on 7/1/2014. (RE: related document(s)20 Motion for summary judgment filed by Defendant Joel Lenamon) GRANTED AS TO 523(A)(4); DENIED AS TO 523(A)(2),(6) TRIAL SET FOR 8/21/2014 AT 9:30 AM, 38 Hearing set (RE: related document(s)1 Adversary case 13-04140. Complaint by Morris Family Limited Partnership against Joel Lenamon. Fee Amount $293. Nature(s) of suit: 62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud). 67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny). 68 (Dischargeability - 523(a)(6), willful and malicious injury).) Trial date set for 8/21/2014 at 09:30 AM at Ft. Worth, Judge Nelms Ctrm..). Transcript to be made available to the public on 11/19/2014. (Sumner, Cindy) |
| 09/03/2014 | ● 47  (2 pgs) Notice of change of address filed by Defendant Joel Lenamon. (McDonald, Richard) |
| 09/17/2014 | ● 48  (2 pgs) Order granting in part, denying in part motion for summary judgment (related document # 20). Entered on 9/17/2014. (Maldino, Mark) |
| 09/19/2014 | ● 49  (3 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)48 Order granting in part, denying in part motion for summary judgment (related document 20). Entered on 9/17/2014.) No. of Notices: 0. Notice Date 09/19/2014. (Admin.) |
| 10/08/2014 | ● 50  (2 pgs) Notice of change of address filed by Defendant Joel Lenamon. (McDonald, Richard) |
| 10/23/2014 | ● 51  (2 pgs) Agreed Notice of trial hearing filed by Defendant Joel Lenamon. Trial date set for 12/18/2014 at 09:30 AM at Ft. Worth, Judge Nelms Ctrm.. (McDonald, Richard) |
| 11/19/2014 | (private) Deadlines terminated. (RE: related document(s)46 Transcript regarding Hearing Held 7/1/14 RE: 19 Motion to extend time to Filing Dispositive Motions filed by Defendant Joel Lenamon, 20, motion for summary judgment filed by defendant, Joel Lenamon. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 11/19/2014. Until that time the transcript may be viewed at the Clerk's Office or a copy may be obtained from the official court transcriber. |

| | |
|---|---|
| | Court Reporter/Transcriber Cindy Sumner, Telephone number 214 651-8393. (RE: related document(s) Hearing held on 7/1/2014. (RE: related document(s)19 Motion to extend time to Filing Dispositive Motions filed by Defendant Joel Lenamon) GRANTED, Hearing held on 7/1/2014. (RE: related document(s)20 Motion for summary judgment filed by Defendant Joel Lenamon) GRANTED AS TO 523(A)(4); DENIED AS TO 523(A)(2),(6) TRIAL SET FOR 8/21/2014 AT 9:30 AM, 38 Hearing set (RE: related document(s)1 Adversary case 13-04140. Complaint by Morris Family Limited Partnership against Joel Lenamon. Fee Amount $293. Nature(s) of suit: 62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud). 67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny). 68 (Dischargeability - 523(a)(6), willful and malicious injury).) Trial date set for 8/21/2014 at 09:30 AM at Ft. Worth, Judge Nelms Ctrm..). Transcript to be made available to the public on 11/19/2014.) (McCrory, J.) |
| 12/11/2014 | ◉ 52   (2 pgs) Agreed Motion to continue hearing on (related documents 43 Order granting Unopposed Motion to continue hearing on filed by Plaintiff Morris Family Trust Partnership (Cram, Franklin). Modified on 12/12/2014 (Cumby, C). |
| 12/18/2014 | ◉ 53 Hearing reset (RE: related document(s)11 Amended complaint by Franklin W. Cram on behalf of Morris Family Trust Partnership against Joel Lenamon No change to nature of suit. (RE: related document(s)1 Adversary case 13-04140. Complaint by Morris Family Limited Partnership against Joel Lenamon. Fee Amount $293. Nature(s) of suit: 62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud). 67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny). 68 (Dischargeability - 523(a)(6), willful and malicious injury). filed by Plaintiff Morris Family Trust Partnership).) Trial date set for 3/4/2015 at 09:30 AM at Ft. Worth, Judge Nelms Ctrm.. (McCrory, J.) |
| 03/03/2015 | ◉ 54   (2 pgs) Motion to continue hearing on (related documents 53 Hearing set/continued) filed by Plaintiff Morris Family Trust Partnership (Cram, Franklin) |
| 03/11/2015 | ◉ 55   (4 pgs) INCORRECT ENTRY: Incorrect Event Code Used; See Document 57. Motion to dismiss adversary proceeding re: 727 Objection to Discharge *and Motion for Judgment on the Pleadings* filed by Defendant Joel Lenamon (McDonald, Richard) Modified on 3/16/2015 (Dugan, S.). |
| 03/11/2015 | ◉ 56   (4 pgs) Brief in support filed by Defendant Joel Lenamon (RE: related documents(s) 57 Motion for judgment on the pleadings for plaintiff's failure to state a claim upon which relief can be granted under 11 USC 727) (McDonald, Richard) MODIFIED to Correct Linkage on 3/16/2015 (Dugan, S.). |
| 03/11/2015 | ◉ 57   (4 pgs) Motion for judgment on the pleadings for plaintiff's failure to state a claim upon which relief can be granted under 11 USC 727 by Joel Lenamon . (Dugan, S.) (Entered: 03/16/2015) |
| 03/18/2015 | ◉ 58   (2 pgs) Order Directing Plaintiff to Respond to Def.'s Motion for Judgment on the Pleadings before 5:00 PM on March 19, 2015. Entered on 3/18/2015 (RE: related |

| | |
|---|---|
| | document(s)57 Generic motion filed by Defendant Joel Lenamon). (Maldino, Mark) |
| 03/19/2015 | 🔵 59 (2 pgs) Response opposed to (related document(s): 57 Motion by Joel Lenamon. filed by Defendant Joel Lenamon) filed by Plaintiff Morris Family Trust Partnership. (Cram, Franklin) |
| 03/19/2015 | 🔵 60 (4 pgs) Brief in support filed by Plaintiff Morris Family Trust Partnership (RE: related document(s)59 Response). (Cram, Franklin) |
| 03/20/2015 | 🔵 61 (3 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)58 Order Directing Plaintiff to Respond to Def.'s Motion for Judgment on the Pleadings before 5:00 PM on March 19, 2015. Entered on 3/18/2015 (RE: related document(s)57 Generic motion filed by Defendant Joel Lenamon).) No. of Notices: 1. Notice Date 03/20/2015. (Admin.) |
| 04/02/2015 | 🔵 62 (5 pgs) INCORRECT ENTRY. INCORRECT EVENT CODE USED. SEE 65 FOR CORRECTION. Motion to dismiss adversary proceeding re: 727 Objection to Discharge *Reply to Plaintiff's Response to Defendant's Motion for Judgment* filed by Defendant Joel Lenamon (McDonald, Richard) Modified on 4/9/2015 (Moroles, D.). |
| 04/02/2015 | 🔵 65 (5 pgs) Reply to (related document(s): 59 Response opposed to Motion for judgment on the pleadings filed by Plaintiff Morris Family Trust Partnership) filed by Defendant Joel Lenamon . (Moroles, D.) (Entered: 04/09/2015) |
| 04/06/2015 | 🔵 63 (3 pgs) Order granting Def.'s Motion For Judgment on the Pleadings (related document # 57). Entered on 4/6/2015. (Maldino, Mark) |
| 04/08/2015 | 🔵 64 (4 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)63 Order granting Def.'s Motion For Judgment on the Pleadings (related document 57). Entered on 4/6/2015.) No. of Notices: 1. Notice Date 04/08/2015. (Admin.) |
| 04/09/2015 | 🔵 Hearing held on 4/9/2015. (RE: related document(s)11 Amended complaint by Franklin W. Cram on behalf of Morris Family Trust Partnership against Joel Lenamon No change to nature of suit. (RE: related document(s)1 Adversary case 13-04140. Complaint by Morris Family Limited Partnership against Joel Lenamon. Fee Amount $293. Nature(s) of suit: 62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud). 67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny). 68 (Dischargeability - 523(a)(6), willful and malicious injury). filed by Plaintiff Morris Family Trust Partnership).) ***UNDER ADVISEMENT*** (Rueter, Karyn) (Entered: 04/10/2015) |
| 04/09/2015 | 🔵 71 (1 pg) Court admitted exhibits date of hearing 4/9/2015, 5/19/2015 (RE: related document(s)11 Amended complaint by Franklin W. Cram on behalf of Morris Family Trust Partnership against Joel Lenamon No change to nature of suit. (RE: related document(s)1 Adversary case 13-04140. Complaint by Morris Family Limited Partnership against Joel Lenamon. Fee Amount $293. Nature(s) of suit: 62 (Dischargeability - |

| | |
|---|---|
| | 523(a)(2), false pretenses, false representation, actual fraud). 67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny). 68 (Dischargeability - 523(a)(6), willful and malicious injury). filed by Plaintiff Morris Family Trust Partnership).) (Rueter, Karyn) (Entered: 05/20/2015) |
| 04/16/2015 | 🔵 66 (9 pgs; 2 docs) Brief in opposition filed by Plaintiff Morris Family Trust Partnership (RE: related document(s)18 Answer to complaint). (Attachments: # 1 Appendix GONZALEZ ORDER) (Cram, Franklin) |
| 04/17/2015 | 🔵 67 (4 pgs) INCORRECT ENTRY: INCORRECT PDF ATTACHED. Brief in support filed by Defendant Joel Lenamon (RE: related document(s)6 Answer to complaint). (McDonald, Richard) Modified on 4/17/2015 (Tello, Chris). |
| 04/17/2015 | 🔵 68 (18 pgs; 3 docs) Brief in support filed by Defendant Joel Lenamon (RE: related document(s)6 Answer to complaint). (Attachments: # 1 Supporting Case Law # 2 Supporting Case Law) (McDonald, Richard) |
| 04/17/2015 | 🔵 69 (4 pgs) INCORRECT ENTRY: INCORRECT PDF ATTACHED. Brief in support filed by Defendant Joel Lenamon (RE: related document(s)6 Answer to complaint). (McDonald, Richard) Modified on 4/17/2015 (Rielly, Bill). |
| 04/17/2015 | 🔵 70 (5 pgs) Brief in support filed by Defendant Joel Lenamon (RE: related document(s)6 Answer to complaint). (McDonald, Richard) |
| 05/19/2015 | 🔵 Hearing held on 5/19/2015. (RE: related document(s)11 Amended complaint by Franklin W. Cram on behalf of Morris Family Trust Partnership against Joel Lenamon No change to nature of suit. (RE: related document(s)1 Adversary case 13-04140. Complaint by Morris Family Limited Partnership against Joel Lenamon. Fee Amount $293. Nature(s) of suit: 62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud). 67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny). 68 (Dischargeability - 523(a)(6), willful and malicious injury). filed by Plaintiff Morris Family Trust Partnership).) ***JUDGMENT FOR PLAINTIFF $333,807.31. JUDGMENT IS NON-DISCHARGEABLE UNDER §523(a)(2)(A) AND (a)(6)*** (Rueter, Karyn) |
| 05/27/2015 | 🔵 72 (1 pg) Clerk's correspondence requesting an order from attorney for plaintiff. (RE: related document(s) Hearing held on 5/19/2015. (RE: related document(s)11 Amended complaint by Franklin W. Cram on behalf of Morris Family Trust Partnership against Joel Lenamon No change to nature of suit. (RE: related document(s)1 Adversary case 13-04140. Complaint by Morris Family Limited Partnership against Joel Lenamon. Fee Amount $293. Nature(s) of suit: 62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud). 67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny). 68 (Dischargeability - 523(a)(6), willful and malicious injury). filed by Plaintiff Morris Family Trust Partnership).) ***JUDGMENT FOR PLAINTIFF $333,807.31. JUDGMENT IS NON-DISCHARGEABLE UNDER §523(a)(2)(A) AND (a)(6)***, 71 Court admitted exhibits date of hearing 4/9/2015, 5/19/2015 (RE: related |

| | document(s)11 Amended complaint by Franklin W. Cram on behalf of Morris Trust Family Partnership against Joel Lenamon No change to nature of suit. (RE: related document(s)1 Adversary case 13-04140. Complaint by Morris Family Limited Partnership against Joel Lenamon. Fee Amount $293. Nature(s) of suit: 62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud). 67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny). 68 (Dischargeability - 523(a)(6), willful and malicious injury). filed by Plaintiff Morris Family Trust Partnership).)) Responses due by 6/11/2015. (Alexander, J) |
|---|---|
| 05/28/2015 | ● 73  (1 pg) Request for transcript (ruling only) regarding a hearing held on 5/19/2015. The requested turn-around time is 7-day expedited (Rueter, Karyn) |
| 06/08/2015 | ● 74  (19 pgs) Transcript regarding Hearing Held 05/19/2015 (19 pages) RE: Ruling on Amended Complaint. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 09/8/2015. Until that time the transcript may be viewed at the Clerk's Office or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber Kathy Rehling, kathyrehlingtranscripts@gmail.com, Telephone number 972-786-3063. (RE: related document(s) Hearing held on 5/19/2015. (RE: related document(s)11 Amended complaint by Franklin W. Cram on behalf of Morris Family Trust Partnership against Joel Lenamon No change to nature of suit. (RE: related document(s)1 Adversary case 13-04140. Complaint by Morris Family Limited Partnership against Joel Lenamon. Fee Amount $293. Nature(s) of suit: 62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud). 67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny). 68 (Dischargeability - 523(a)(6), willful and malicious injury). filed by Plaintiff Morris Family Trust Partnership).) ***JUDGMENT FOR PLAINTIFF $333,807.31. JUDGMENT IS NON-DISCHARGEABLE UNDER §523(a)(2)(A) AND (a)(6)***). Transcript to be made available to the public on 09/8/2015. (Rehling, Kathy) |
| 06/26/2015 | ● 75  (2 pgs) Judgment. Entered on 6/26/2015. (Maldino, Mark) |
| 06/28/2015 | ● 76  (3 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)75 Judgment. Entered on 6/26/2015.) No. of Notices: 1. Notice Date 06/28/2015. (Admin.) |
| 07/02/2015 | (private) CMA case review deadline set for: Closing case (RE: related document(s)75 Judgment. Entered on 6/26/2015.) Operations review on 7/13/2015. (Holmes, L) |
| 07/10/2015 | ● 77  (5 pgs) Motion for new trial filed by Defendant Joel Lenamon (Chesnutt, Charles) |
| 07/13/2015 | ● 78  (2 pgs) Certificate of Conference filed by Plaintiff Morris Family Trust Partnership (RE: related document(s)77 Motion for new trial). (Chesnutt, Charles) |
| 07/13/2015 | ● 79  (8 pgs; 2 docs) Brief in support filed by Defendant Joel Lenamon (RE: related document(s)77 Motion for new trial). (Attachments: # 1 Exhibit) (Chesnutt, Charles) |

| | |
|---|---|
| 07/15/2015 | 🌑 80  (1 pg) Copy request for transcript (ruling only) regarding a hearing held on 5/19/2015. The requested turn-around time is ordinary 30 day (Rueter, Karyn) |
| 07/16/2015 | 🌑 81  (2 pgs) Order denying motion for new trial. Entered on 7/16/2015. (Maldino, Mark) |
| 07/18/2015 | 🌑 82  (3 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)81 Order denying motion for new trial. Entered on 7/16/2015.) No. of Notices: 1. Notice Date 07/18/2015. (Admin.) |
| 07/29/2015 | 🌑 83  (3 pgs) Notice of appeal *of Judgment*. Fee Amount $298 filed by Defendant Joel Lenamon (RE: related document(s)75 Judgment). Appellant Designation due by 08/12/2015. (Chesnutt, Charles) |
| 07/29/2015 | Receipt of filing fee for Notice of appeal(13-04140-rfn) [appeal,ntcapl] ( 298.00). Receipt number 20964144, amount $ 298.00 (re: Doc# 83). (U.S. Treasury) |
| 07/29/2015 | 84  (4 pgs; 2 docs) (private) Forms (misc) (Levario, Tandi) |
| 07/30/2015 | (private) INCORRECT ENTRY: PDF NOT ATTACHED. Forms (misc) (Levario, Tandi) MODIFIED text on 7/31/2015 (Levario, Tandi). |
| 07/30/2015 | 🌑 85  (2 pgs) Notice regarding the record for a bankruptcy appeal to the U.S. District Court. (RE: related document(s)83 Notice of appeal *of Judgment*. Fee Amount $298 (RE: related document(s)75 Judgment). Appellant Designation due by 08/12/2015. filed by Defendant Joel Lenamon) (Levario, Tandi) |
| 07/31/2015 | 86  (3 pgs; 2 docs) (private) Forms (misc) (Levario, Tandi) |
| 07/31/2015 | 🌑 87  (3 pgs) Notice of docketing notice of appeal. Civil Action Number: 15-cv-00570-Y. (RE: related document(s)83 Notice of appeal *of Judgment*. Fee Amount $298 filed by Defendant Joel Lenamon (RE: related document(s)75 Judgment). Appellant Designation due by 08/12/2015. filed by Defendant Joel Lenamon) (Levario, Tandi) |
| 08/01/2015 | 🌑 88  (3 pgs) BNC certificate of mailing. (RE: related document(s)85 Notice regarding the record for a bankruptcy appeal to the U.S. District Court. (RE: related document(s)83 Notice of appeal *of Judgment*. Fee Amount $298 (RE: related document(s)75 Judgment). Appellant Designation due by 08/12/2015. filed by Defendant Joel Lenamon)) No. of Notices: 1. Notice Date 08/01/2015. (Admin.) |
| 08/12/2015 | 🌑 89  (1 pg) Request for transcript regarding a hearing held on 4/9/2015. The requested turn-around time is ordinary 30 day (Rueter, Karyn) |
| 08/12/2015 | 🌑 90  (3 pgs) Appellant designation of contents for inclusion in record on appeal and statement of issues on appeal. filed by Defendant Joel Lenamon (RE: related document(s)83 Notice of appeal). Appellee designation due by 08/26/2015. (Chesnutt, Charles) |

| | |
|---|---|
| 08/13/2015 | ● 91 (1 pg) Clerk's correspondence requesting Amend Appellant Designation from attorney for defendant. (RE: related document(s)90 Appellant designation of contents for inclusion in record on appeal and statement of issues on appeal. filed by Defendant Joel Lenamon (RE: related document(s)83 Notice of appeal). Appellee designation due by 08/26/2015. filed by Defendant Joel Lenamon) Responses due by 8/17/2015. (Levario, Tandi) |
| 08/13/2015 | ● 92 (3 pgs) Amended appellant designation of contents for inclusion in record on appeal and statement of issues on appeal. filed by Defendant Joel Lenamon (RE: related document(s)90 Appellant designation). (Chesnutt, Charles) |
| 08/26/2015 | ● 93 (3 pgs) Appellee designation of contents for inclusion in record of appeal filed by Plaintiff Morris Family Trust Partnership (RE: related document(s)83 Notice of appeal). (Cram, Franklin) |
| 09/09/2015 | (private) Deadlines terminated. (RE: related document(s)74 Transcript regarding Hearing Held 05/19/2015 (19 pages) RE: Ruling on Amended Complaint. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 09/8/2015. Until that time the transcript may be viewed at the Clerk's Office or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber Kathy Rehling, kathyrehlingtranscripts@gmail.com, Telephone number 972-786-3063. (RE: related document(s) Hearing held on 5/19/2015. (RE: related document(s)11 Amended complaint by Franklin W. Cram on behalf of Morris Family Trust Partnership against Joel Lenamon No change to nature of suit. (RE: related document(s)1 Adversary case 13-04140. Complaint by Morris Family Limited Partnership against Joel Lenamon. Fee Amount $293. Nature(s) of suit: 62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud). 67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny). 68 (Dischargeability - 523(a)(6), willful and malicious injury). filed by Plaintiff Morris Family Trust Partnership).) ***JUDGMENT FOR PLAINTIFF $333,807.31. JUDGMENT IS NON-DISCHARGEABLE UNDER §523(a)(2)(A) AND (a)(6)***). Transcript to be made available to the public on 09/8/2015.) (McCrory, J.) |
| 09/14/2015 | ● 94 (273 pgs) Transcript regarding Hearing Held 04/09/2015 (273 pages) RE: Trial on Amended Complaint. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 12/14/2015. Until that time the transcript may be viewed at the Clerk's Office or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber Kathy Rehling, kathyrehlingtranscripts@gmail.com, Telephone number 972-786-3063. (RE: related document(s) Hearing held on 4/9/2015. (RE: related document(s)11 Amended complaint by Franklin W. Cram on behalf of Morris Family Trust Partnership against Joel Lenamon No change to nature of suit. (RE: related document(s)1 Adversary case 13-04140. Complaint by Morris Family Limited Partnership against Joel Lenamon. Fee Amount $293. Nature(s) of suit: 62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud). 67 (Dischargeability - |

| | 523(a)(4), fraud as fiduciary, embezzlement, larceny). 68 (Dischargeability - 523(a)(6), willful and malicious injury). filed by Plaintiff Morris Family Trust Partnership).) ***UNDER ADVISEMENT***). Transcript to be made available to the public on 12/14/2015. (Rehling, Kathy) |
|---|---|
| 09/18/2015 | 95  (1 pg) (private) Forms (misc) (Levario, Tandi) |
| 09/18/2015 | 🔵 96  (1 pg) Transmittal of record on appeal to U.S. District Court . Complete record on appeal, Transmitted: 1 each of Volume 1, Mini Record. Number of appellant volumes: 6, Number of appellee volumes: 7. Civil Case Number: 4:15-cv-00570-Y (RE: related document(s)83 Notice of appeal *of Judgment*. Fee Amount $298 filed by Defendant Joel Lenamon (RE: related document(s)75 Judgment). (Levario, Tandi) |
| 09/18/2015 | 🔵 97  (4 pgs) Notice of docketing record on appeal. (RE: related document(s)83 Notice of appeal *of Judgment*. Fee Amount $298 filed by Defendant Joel Lenamon (RE: related document(s)75 Judgment). (Levario, Tandi) |
| 12/15/2015 | (private) Deadlines terminated. (RE: related document(s)94 Transcript regarding Hearing Held 04/09/2015 (273 pages) RE: Trial on Amended Complaint. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 12/14/2015. Until that time the transcript may be viewed at the Clerk's Office or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber Kathy Rehling, kathyrehlingtranscripts@gmail.com, Telephone number 972-786-3063. (RE: related document(s) Hearing held on 4/9/2015. (RE: related document(s)11 Amended complaint by Franklin W. Cram on behalf of Morris Family Trust Partnership against Joel Lenamon No change to nature of suit. (RE: related document(s)1 Adversary case 13-04140. Complaint by Morris Family Limited Partnership against Joel Lenamon. Fee Amount $293. Nature(s) of suit: 62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud). 67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny). 68 (Dischargeability - 523(a)(6), willful and malicious injury). filed by Plaintiff Morris Family Trust Partnership).) ***UNDER ADVISEMENT***). Transcript to be made available to the public on 12/14/2015.) (McCrory, J.) |
| 03/02/2016 | 🔵 98 INCORRECT ENTRY, NO FORM CREATED. Notice of remand (Levario, Tandi) Modified on 3/2/2016 (Levario, Tandi). |
| 03/02/2016 | 🔵 99  (2 pgs) Final order from District court Judge Judge Terry R. Means, re: appeal on Civil Action number:4:15-cv-00570-Y, Order to Remand Entered on 3/2/2016. (Levario, Tandi) |
| 03/25/2016 | 🔵 100  (2 pgs) Notice of Appeal to United States Court of Appeals for the Fifth Circuit Filed by Joel Lenamon (RE: related document(s)99 Final order from District court Judge Judge Terry R. Means, re: appeal on Civil Action number:4:15-cv-00570-Y, Order to Remand Entered on 3/2/2016.) (Rueter, Karyn) (Entered: 03/28/2016) |

| | |
|---|---|
| 03/25/2016 | (private) Flags set: 5thCircuitAppeal (Rueter, Karyn) (Entered: 03/28/2016) |
| 04/01/2016 | (private) USCA Case Number 16-10341 in U.S. Court of Appeals 5th Circuit Notice of Appeal, filed by Joel Lenamon. (Levario, Tandi) |
| 07/31/2016 | (private) No Docket Activity Within the Last 120 Days (admin) |
| 08/26/2016 | 🔵 101 (1 pg) Clerk's correspondence requesting Case Status from attorney for plaintiff. Responses due by 9/2/2016. (Chambers, Deanna) |
| 10/11/2016 | 🔵 102 (1 pg) Clerk's correspondence requesting Case Status from attorney for plaintiff. Responses due by 10/18/2016. (Chambers, Deanna) |
| 10/18/2016 | 🔵 103 (2 pgs) Declaration re: *Status Report* filed by Plaintiff Morris Family Trust Partnership (RE: related document(s)102 Clerk's correspondence). (Cram, Franklin) |
| 12/12/2016 | 🔵 105 (2 pgs) JUDGMENT/MANDATE of USCA No. 16-10341 as to 14 Notice of Appeal, filed by Joel Lenamon. It is ordered and adjudged that the appeal is dismissed for lack of jurisdiction. IT IS FURTHER ORDERED that appellant pay to appellee the costs on appeal to be taxed by the Clerk of this Court Issued as Mandate: 12/12/16. (Attachments: # 1 Cover Letter) (tle) Entered on 12/12/2016 (Levario, Tandi) (Entered: 02/28/2017) |
| 01/17/2017 | 🔵 104 (5 pgs) Declaration re: *Second Status Report* filed by Plaintiff Morris Family Trust Partnership (RE: related document(s)102 Clerk's correspondence). (Cram, Franklin) |
| 02/28/2017 | (private) Flags set-reset. Flags cleared: 5thCircuitAppeal (Levario, Tandi) |
| 03/02/2017 | 🔵 106 (3 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)105 JUDGMENT/MANDATE of USCA No. 16-10341 as to 14 Notice of Appeal, filed by Joel Lenamon. It is ordered and adjudged that the appeal is dismissed for lack of jurisdiction. IT IS FURTHER ORDERED that appellant pay to appellee the costs on appeal to be taxed by the Clerk of this Court Issued as Mandate: 12/12/16. (Attachments: # 1 Cover Letter) (tle) Entered on 12/12/2016 No. of Notices: 1. Notice Date 03/02/2017. (Admin.) |
| 03/20/2017 | 🔵 Adversary case 4:13-ap-4140 closed Pursuant to LBR 9070-1, any exhibits that were admitted by the Court may be claimed and removed from the Clerks Office during the 60-day period following final disposition of a case by the attorney or party who introduced the exhibits. Any exhibit not removed within the 60-day period may be destroyed or otherwise disposed of by the Bankruptcy Clerk. (Chambers, Deanna) |
| 03/28/2017 | (private) Adversary case reopened. Per Court Services. (Chambers, Deanna) |
| 03/30/2017 | 🔵 107 (2 pgs) Notice of hearing*on Damages as contained in District Court Remand* filed by Plaintiff Morris Family Trust Partnership (RE: related document(s)11 Amended complaint by Franklin W. Cram on behalf of Morris Family Trust Partnership against Joel |

| | |
|---|---|
| | Lenamon No change to nature of suit. (RE: related document(s)1 Adversary case 13-04140. Complaint by Morris Family Limited Partnership against Joel Lenamon. Fee Amount $293. Nature(s) of suit: 62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud). 67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny). 68 (Dischargeability - 523(a)(6), willful and malicious injury). filed by Plaintiff Morris Family Trust Partnership).). Hearing to be held on 4/20/2017 at 09:30 AM Ft. Worth, Judge Nelms Ctrm. for 11, (Cram, Franklin) |
| 04/19/2017 | 108  (4 pgs; 2 docs) Agreed Motion to continue hearing on remand (Related document(s) 11 Amended Complaint filed by Plaintiff Morris Family Trust Partnership). (Attachments: # 1 Proposed Order) (Chesnutt, Charles). Modified to correct linkage on 4/19/2017 (Moroles, D.). |
| 04/19/2017 | 109  (2 pgs) Notice of hearing on Remand filed by Defendant Joel Lenamon (RE: related document(s)108 Motion to continue filed by Defendant Joel Lenamon). Hearing to be held on 5/18/2017 at 01:30 PM Ft. Worth, Judge Nelms Ctrm. for 108, (Chesnutt, Charles) |
| 04/20/2017 | Hearing NOT held on 4/20/2017. (RE: related document(s)11 Amended complaint by Franklin W. Cram on behalf of Morris Family Trust Partnership against Joel Lenamon No change to nature of suit. (RE: related document(s)1 Adversary case 13-04140. Complaint by Morris Family Limited Partnership against Joel Lenamon. Fee Amount $293. Nature(s) of suit: 62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud). 67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny). 68 (Dischargeability - 523(a)(6), willful and malicious injury). filed by Plaintiff Morris Family Trust Partnership).) ***RESCHEDULED TO 5/18 @ 1:30*** (Levario, Tandi) |
| 05/18/2017 | 110  (9 pgs) Brief in support filed by Plaintiff Morris Family Trust Partnership (RE: related document(s)104 Declaration). (Cram, Franklin) |
| 05/18/2017 | Hearing held on 5/18/2017. (RE: related document(s)11 Amended complaint by Franklin W. Cram on behalf of Morris Family Trust Partnership against Joel Lenamon No change to nature of suit. (RE: related document(s)1 Adversary case 13-04140. Complaint by Morris Family Limited Partnership against Joel Lenamon. Fee Amount $293. Nature(s) of suit: 62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud). 67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny). 68 (Dischargeability - 523(a)(6), willful and malicious injury). filed by Plaintiff Morris Family Trust Partnership)., 108 Agreed Motion to continue hearing on remand (Related document(s) 11 Amended Complaint filed by Plaintiff Morris Family Trust Partnership). (Attachments: # 1 Proposed Order) (Chesnutt, Charles). Modified to correct linkage on 4/19/2017 (Moroles, D.).) ***UNDER SUBMISSION - PARTIES TO BRIEF*** (Levario, Tandi) |
| 05/31/2017 | 111  (33 pgs; 3 docs) Brief in opposition filed by Defendant Joel Lenamon (RE: related document(s)104 Declaration). (Attachments: # 1 Exhibit Remand # 2 Exhibit Judgement of Bankruptcy Court) (Chesnutt, Charles) |

| | |
|---|---|
| 06/07/2017 | ⚫ 112 (10 pgs) Brief in support filed by Plaintiff Morris Family Trust Partnership (RE: related document(s)110 Brief). (Cram, Franklin) |
| 10/05/2017 | ⚫   Hearing held on 10/5/2017. (RE: related document(s)11 Amended complaint by Franklin W. Cram on behalf of Morris Family Trust Partnership against Joel Lenamon No change to nature of suit. (RE: related document(s)1 Adversary case 13-04140. Complaint by Morris Family Limited Partnership against Joel Lenamon. Fee Amount $293. Nature(s) of suit: 62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud). 67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny). 68 (Dischargeability - 523(a)(6), willful and malicious injury). filed by Plaintiff Morris Family Trust Partnership).)***JUDGMENT FOR PLAINTIFF IN THE AMOUNT OF $333,807.31. Non-dischargeable under Section 523(a)(2) and 523(a)(6). Damages calculated under out-of-pocket theory*** (Levario, Tandi) |
| 11/08/2017 | ⚫ 113 (1 pg) Clerk's correspondence requesting an order from attorney for plaintiff. Responses due by 11/15/2017. (Chambers, Deanna) |
| 11/17/2017 | ⚫ 114 (2 pgs) Judgment. Entered on 11/17/2017 (Whitaker, Sherri) |
| 11/19/2017 | ⚫ 115 (3 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)114 Judgment. Entered on 11/17/2017) No. of Notices: 1. Notice Date 11/19/2017. (Admin.) |
| 11/30/2017 | ⚫ 116 (2 pgs) Notice of appeal . Fee Amount $298 filed by Defendant Joel Lenamon (RE: related document(s)114 Judgment). Appellant Designation due by 12/14/2017. (Huffman, David) |
| 11/30/2017 | ⚫   Receipt of Appeal Filing Fee - $298.00 by DH. Receipt Number 425992. (admin) |
| 12/01/2017 | 117 (9 pgs; 5 docs) (private) Forms (misc) (Levario, Tandi) |
| 12/01/2017 | ⚫ 118 (4 pgs; 2 docs) Certificate of mailing regarding appeal (RE: related document(s)116 Notice of appeal . Fee Amount $298 filed by Defendant Joel Lenamon (RE: related document(s)114 Judgment). Appellant Designation due by 12/14/2017.) (Levario, Tandi) |